**WITNESS AND EXHIBIT LIST**
UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

**Chief U.S. Bankruptcy Judge: Eduardo V. Rodriguez**

| | |
|---|---|
| **Main Case No:** | 22-32424 (EVR) |
| **Name of Debtor:** | DCT Capital Fund, LLC |

| | |
|---|---|
| **Adversary Case No:** | N/A |
| **Style of Adversary:** | N/A |

| | Amends | | Supplements | |
|---|---|---|---|---|
| **State whether this amends or supplements a previously filed Witness & Exhibit list** | **Date** | **ECF No.** | **Date** | **ECF No.** |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

| | |
|---|---|
| **Hearing/Trial Date:** | April 20, 2026 |
| **Hearing Time:** | 9:00 AM |
| **Party's Name:** | Janet S. Northrup, Chapter 7 Trustee of the DCT Capital Fund LLC Bankruptcy Estate |
| **Attorney's Name:** | Simon R. Mayer |
| **Attorney's Phone:** | (832) 226-1507 |

| | **CM/ECF No.** | **Matter** |
|---|---|---|
| **Nature of Proceeding(s):** | 164 | Motion to Compromise Controversy with Joseph P. Jackson, Baylor Asset Management, LLC, and LSI Real Estate Services, LLC |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

| **WITNESS LIST** | |
|---|---|
| **Lay Witnesses:** | Janet S. Northrup, Chapter 7 Trustee of the DCT Capital Fund LLC Bankruptcy Estate; |
| | Any witness designated or called by any party. |
| | |

**Form No. 1-100**

Last Revised August 13, 2025

| | |
|---|---|
| **Expert Witnesses:** | Any witness designated or called by any party. |
| | |
| | |

| REBUTTAL/ IMPEACHMENT WITNESSES | |
|---|---|
| **Lay Witnesses:** | Any witness designated or called by any party; and |
| | Any witness required for rebuttal. |
| | |
| | |
| | |
| | |
| **Expert Witnesses:** | Any witness designated or called by any party; and |
| | Any witness required for rebuttal. |
| | |
| | |
| | |

| | | FOR COURT USE ONLY | | |
|---|---|---|---|---|
| **EX. NO.** | **DESCRIPTION** | **OFFERED** | **OBJECTION** | **DISPOSITION** |
| | | | | |
| 1. | Complaint [Adv. 24-03171, Docket No. 1] (21 Pages) | | | |
| 2. | Defendant's Answer [Adv. 24-03171, Docket No. 33] (7 Pages) | | | |
| 3. | Motion to Compromise Controversy with Joseph P. Jackson, Baylor Asset Management, LLC, and LSI Real Estate Services, LLC [Docket No. 164] | | | |
| 4. | Proposed Order regarding Motion to Compromise Controversy with Joseph P. Jackson, Baylor Asset Management, LLC, and LSI Real Estate Services, LLC [Docket No. 165] | | | |
| 5. | Certificate of Service for Motion to Compromise Controversy with Joseph P. Jackson, Baylor Asset Management, LLC, and LSI Real Estate Services, LLC [Docket No. 166] | | | |

**Form No. 1-100**

Last Revised August 13, 2025

| | | | | |
|---|---|---|---|---|
| 6. | Certificate of Service for Order Setting Electronic Hearing [Docket No. 168] | | | |
| 7. | Main Bankruptcy Case 22-32424 Docket, printed April 16, 2026 | | | |
| 8. | Adversary Proceeding 24-03171 Docket, printed April 16, 2026 | | | |
| | Any rebuttal or impeachment exhibits. | | | |
| | Any demonstrative exhibits. | | | |
| | Any exhibit identified or offered by any other party | | | |
| | | | | |

| REBUTTAL/IMPEACHMENT EXHIBITS | | | |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |
| 6. | | | |
| 7. | | | |
| 8. | | | |
| 9. | | | |
| 10. | | | |

Respectfully Submitted,

/s/ Simon R. Mayer
Simon R. Mayer
Texas Bar Number 24060243
**TROUTMAN PEPPER LOCKE LLP**
600 Travis Street, Suite 2800
Houston, TX 77002
Telephone: 713-226-1200
Facsimile: 713-226-3717
Email: simon.mayer@troutman.com

**Attorney for the Janet S. Northrup, Chapter 7 Trustee**

**Form No. 1-100**

Last Revised August 13, 2025

## <u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that on April 16, 2026, a true and correct copy of the foregoing pleading and all identified exhibits were served electronically via the Court's Electronic Case Filing System on all parties registered for service in this civil proceeding.

*/s/ Simon R. Mayer*
Simon R. Mayer

**Form No. 1-100**

Last Revised August 13, 2025